FILED

2002 AUG -8 PM 1:02

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GREGORY HUNT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 02-N-1213-J |
| ) | |
| WARDEN CHARLIE JONES, et al, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OF OPINION**

ENTERED
AUG 0 8 2002

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's Motion for an Expeditious Ruling is due to be denied and this petition for writ of habeas corpus is due to be dismissed without prejudice to enable the petitioner to completely exhaust his state court remedies. An appropriate order will be entered.

DONE, this 8th day of August, 2002.

EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE